UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Faozi Saleh Alayah**  Docket No. 4:18-CR-10-1D

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Faozi Saleh Alayah, who, upon an earlier plea of guilty to False Statement Under Oath in Matter Relating to Alien Registry, in violation of 18 U.S.C. § 1015(a), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on January 8, 2019, to the custody of the Bureau of Prisons for a term of time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Faozi Saleh Alayah was released from custody on January 8, 2019, at which time the term of supervised release commenced.

On March 21, 2021, a Violation Report was submitted informing the court of the defendant's February 9, 2021, citation for Driving While License Revoked (21CR700607) in Edgecombe County, North Carolina, and testing positive for marijuana use on March 1, 2021. In response to these violations, the court agreed to continue supervision. Additionally, the defendant completed a substance abuse assessment at East Coast Counseling in Greenville, North Carolina, on March 12, 2021; however, no treatment was recommended at this time.

On March 15, 2021, a Violation Report was submitted after the defendant committed the offense of Misdemeanor Selling/Distribute Tobacco Products to a Minor (21CR700611) in Hertford County, North Carolina. When confronted, the defendant readily acknowledged the offense, and he received a verbal reprimand for his actions. The court agreed to continue supervision. As of May 21, 2021, this case remains pending in Hertford County District court.

On May 4, 2021, a Violation Report was submitted after the defendant tested positive for marijuana use on April 20, 2021. The court agreed to continue supervision, and the defendant was enrolled in substance abuse treatment at East Coast Counseling in Greenville, North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 13, 2021, the defendant committed the offense of Driving While License Revoked (21CR701800) in Edgecombe County, North Carolina. Although this charge remains pending, Alayah readily acknowledged guilt, and he plans to dispose of the offense accordingly. In response, the defendant received a verbal reprimand for his actions, and he agreed to abide by a 30-day curfew. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his during the curfew hours.

Except as herein modified, the judgment shall remain in full force and effect.

Faozi Saleh Alayah
Docket No. 4:18-CR-10-1D
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Taron N. Seburn
Taron N. Seburn
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2335
Executed On: May 21, 2021

**ORDER OF THE COURT**

Considered and ordered this **23** day of **May**, 2021, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge