UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Faozi Saleh Alayah**                              **Docket No. 4:18-CR-10-1D**

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Faozi Saleh Alayah, who, upon an earlier plea of guilty to False Statement Under Oath in Matter Relating to Alien Registry, in violation of 18 U.S.C. § 1015(a), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on January 8, 2019, to the custody of the Bureau of Prisons for a term of 302 days. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Faozi Saleh Alayah was released from custody on January 8, 2019, at which time the term of supervised release commenced.

On March 21, 2021, a Violation Report was submitted informing the court of the defendant's February 9, 2021, citation for Driving While License Revoked (21CR700607) in Edgecombe County, North Carolina, and testing positive for marijuana use on March 1, 2021. In response to these violations, the court agreed to continue supervision. Additionally, the defendant completed a substance abuse assessment at East Coast Counseling in Greenville, North Carolina, on March 12, 2021; however, no treatment was recommended at this time.

On March 15, 2021, a Violation Report was submitted after the defendant committed the offense of Misdemeanor Selling/Distribute Tobacco Products to a Minor (21CR700611) in Hertford County, North Carolina. When confronted, the defendant readily acknowledged the offense, and he received a verbal reprimand for his actions. The court agreed to continue supervision. As of June 24, 2021, this case remains pending in Hertford County District Court.

On May 4, 2021, a Violation Report was submitted after the defendant tested positive for marijuana use on April 20, 2021. The court agreed to continue supervision, and the defendant was enrolled in substance abuse treatment at East Coast Counseling in Greenville, North Carolina.

On May 21, 2021, a Petition for Action was submitted after the defendant committed the offense of Driving While License Revoked (21CR701800) on May 13, 2021, in Edgecombe County, North Carolina. The court agreed to continue supervision, and the defendant was ordered to abide by a 30-day curfew.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 4, 2021, the defendant committed the offense of Driving While License Revoked and Allow Use of License or Permit (21CR701963) in Edgecombe County, North Carolina. When confronted, the defendant acknowledged receiving the citation after he and his wife were involved in a traffic accident while driving to Nash General Hospital for the birth of their child. In response to this violation, it is recommended that the defendant serve an additional 30-day curfew. It is further recommended that the defendant submit to location monitoring via radio frequency. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Faozi Saleh Alayah
Docket No. 4:18-CR-10-1D
Petition for Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

> The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay a portion of the monitoring cost as follows: payment to be determined by the United States Probation Office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                     I declare under penalty of perjury that the foregoing
                                           is true and correct.

/s/ Dewayne L. Smith                       /s/ Taron N. Seburn
Dewayne L. Smith                           Taron N. Seburn
Supervising U.S. Probation Officer         U.S. Probation Officer
                                           150 Reade Circle
                                           Greenville, NC 27858-1137
                                           Phone: 252-830-2335
                                           Executed On: June 25, 2021

### ORDER OF THE COURT

Considered and ordered this __25__ day of __June__, 2021, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge